```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

**TAVERES DISHAN JONES, # 290907,** \*
\*
    **Petitioner,** \*
\*
**vs.**    \*    **CIVIL ACTION NO. 18-00526-JB-B**
\*
**KENNETH PETERS,** \*
\*
    **Respondent.** \*

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 15, 2021 (Doc. 13) is **ADOPTED** as the opinion of this Court. In accordance with the Recommendation, the Court finds that Petitioner Taveres Dishan Jones' substantive competency claim fails on its merits, and that Jones' other federal habeas claims are due to be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d). It is therefore **ORDERED** that Jones' habeas corpus petition (Doc. 1) be **DISMISSED with prejudice.**

    **DONE and ORDERED** this 7th day of May, 2021.

                                            /s/ JEFFREY U. BEAVERSTOCK
                                            UNITED STATES DISTRICT JUDGE